**Order issued February 25, 2014, Withdrawn; Order filed February 26, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00502-CV

———————

**CHRISTINE E. REULE, Appellant**

**V.**

**M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP AND HUGHS, WATTERS, ASKANASE, LLP, Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-75636**

# O R D E R

On November 25, 2013, this court ordered the Harris County District Clerk to file a supplemental clerk's record on or before March 14, 2014, containing the trial court's Order Regarding Transcripts signed on or about January 9, 2014.

Counsel for appellees notified the court that the requested order is included in the Supplemental Clerk's Record filed January 17, 2014.

Accordingly, we **WITHDRAW** the order issued February 25, 2014, requiring a supplemental clerk's record.


PER CURIAM